AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **NORTH CAROLINA**

UNITED STATES OF AMERICA

V.

WILLIAM THOMAS CAPPS

**EXHIBIT AND WITNESS LIST**

Case Number: 1:22CR337-1

| PRESIDING JUDGE<br>CATHERINE C. EAGLES | PLAINTIFF'S ATTORNEY<br>NICOLE DUPRE, AUSA | DEFENDANT'S ATTORNEY<br>BENJAMIN PORTER |
| --- | --- | --- |
| TRIAL DATE (S)<br>MAY 25, 2023 | COURT REPORTER<br>JOSEPH ARMSTRONG | COURTROOM DEPUTY<br>ROBIN WINCHESTER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
|  | 1 |  | 5/25/23 | 5/25/23 | Letter from Ronald Ricci, Vice President of Kemco of Burlington, Inc. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages